MAY STARKIE and FREDERICK W. STARKIE, Respondents, v. NIB CONSTRUCTION CORPORATION, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted. Civil Practice Act, section 120, █ did not authorize the filing of a *lis pendens*. No claim is made in the complaint against the property of the defendant. (*Ackerman* v. *True*, 44 App. Div. 106; *McManus* v. *Weinstein*, 108 id. 301.) Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

EDWARD B. C. SULLIVAN, Appellant, v. ERIE RAILROAD COMPANY, Respondent.† — Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. ROXOL BUILDING CORPORATION, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.